GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

EDMUND K. SAFFERY  5860-0
 esaffery@goodsill.com
LAUREN K. CHUN  10196-0
 lchun@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendants
LOWE'S HOME CENTERS, LLC
And TYSON SACKS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PAUL PETERS,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; TYSON SACKS; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. CV 18-00083 DKW-RLP<br><br>DEFENDANT LOWE'S HOME CENTERS, LLC'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>SCHEDULING CONFERENCE<br>APRIL 3, 2018<br>TIME: 9:30 A.M.<br>JUDGE RICHARD L. PUGLISI<br><br>NO TRIAL DATE SET |
|---|---|

6782904 1

## **DEFENDANT LOWE'S HOME CENTERS, LLC'S SCHEDULING CONFERENCE STATEMENT**

Defendant LOWE'S HOME CENTERS, LLC ("Lowe's"), by and through its attorneys Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership, LLP, hereby submits its Scheduling Conference Statement pursuant to Rule 16.2(b) of the Local Rules of the United States District Court for the District of Hawaii as follows:

### I. NATURE OF THE CASE

Plaintiff PAUL PETERS ("Plaintiff") brought suit against Defendant Lowe's Home Centers LLC and store manager, Tyson Sacks ("Sacks"), in the Circuit Court of the Second Circuit, State of Hawai'i, claiming that he was injured in Lowe's' Kahului, Maui store when allegedly, a roll of roofing felt fell and hit him on his head, back, and neck. Plaintiff alleges that Defendants should be liable based on theories of negligence and premises liability. Plaintiff does not allege that Defendant Sacks actively participated in any way that caused his alleged injury. Indeed, the only basis for his claim against Sacks as pled is that Sacks was an employee of Lowe's at the time of the incident.

Plaintiff alleges that he sustained serious and permanent injuries, memory loss, pain and suffering, lost income, mental impairment, loss of coordination and flexibility, loss of capacity and ability to earn, medical expenses, loss of the enjoyment of life, and an increased likelihood of future complications

and inconvenience.

## II. STATEMENT OF JURISDICTION

Lowe's removed this case on March 6, 2018. Plaintiff is a citizen of the State of Hawai'i and Lowe's is a citizen of the State of North Carolina. It is Lowe's' position that Sacks's citizenship should not be taken into consideration for purposes of determining the Court's jurisdiction because Sacks was fraudulently joined. Thus, jurisdiction is proper pursuant to 28 U.S.C. § 1332(a).

Further, it is apparent from the face of the Complaint that the amount in controversy exceeds $75,000.00. The damages alleged in the Complaint, including claimed general and special damages for allegedly serious and permanent bodily injury, medical expenses, lost income, future damages, and loss of enjoyment of life, punitive damages, and attorneys' fees, will more likely than not exceed the $75,000.00 jurisdictional minimum.

## III. JURY TRIAL

Plaintiff has requested a jury trial.

## IV. DISCLOSURES

The parties have agreed to make the initial disclosures required by Federal Rules of Civil Procedure Rule 26 in the normal course.

## VI. PENDING DISCOVERY AND MOTIONS

No formal discovery has been propounded and no motions are pending.

## VII. RULE 16 SPECIAL MATTERS

Lowe's is unaware of any special matters at this time.

## VIII. RELATED CASES

Lowe's is unaware of any related cases.

## IX. ADDITIONAL MATTERS

Plaintiff has indicated that he is planning to file a motion to remand this case.

DATED: Honolulu, Hawaii, March 27, 2018.

/s/ Lauren K. Chun
EDMUND K. SAFFERY
LAUREN K. CHUN

Attorneys for Defendants
LOWE'S HOME CENTERS, LLC
and TYSON SACKS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAUL PETERS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; TYSON SACKS; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>　　　　　Defendants. | CIVIL NO. CV 18-00083 RLP-NONE<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been duly served on the following parties through their respective attorneys at their last known addresses by U.S. Mail, postage prepaid, on the date stated below.

>JAMES PATRICK BRUMBAUGH, ESQ.
>James P. Brumbaugh, Inc.
>120 Puanani Pl.
>Kula, HI  96790
>
>Attorney for Plaintiff
>PAUL PETERS

6782904.1

DATED: Honolulu, Hawaii, March 27, 2018.

/s/ Lauren K. Chun
EDMUND K. SAFFERY
LAUREN K. CHUN

Attorneys for Defendants
LOWE'S HOME CENTERS, LLC
and TYSON SACKS