GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

EDMUND K. SAFFERY          5860-0
   esaffery@goodsill.com
LAUREN K. CHUN             10196-0
   lchun@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendants
LOWE'S HOME CENTERS, LLC
And TYSON SACKS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PAUL PETERS,<br><br>             Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; TYSON SACKS; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>             Defendants. | CIVIL NO. CV 18-00083 DKW-RLP<br><br>DEFENDANT LOWE'S HOME CENTERS, LLC's INITIAL DISCLOSURES; CERTIFICATE OF SERVICE<br><br>SCHEDULING CONFERENCE<br>APRIL 3, 2018<br>TIME: 9:30 A.M.<br>JUDGE RICHARD L. PUGLISI<br><br>NO TRIAL DATE SET |
|---|---|

6782944 1

# DEFENDANT LOWE'S HOME CENTERS, LLC'S INITIAL DISCLOSURES

Defendant LOWE'S HOME CENTERS, LLC ("Lowe's") by and through its attorneys Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership, LLP, hereby submits its initial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1).

## A.   WITNESSES

The following witnesses are expected to authenticate records and testify to liability and damages, including but not limited to, their investigations of the subject accident:

1. Paul Peters
   c/o James P. Brumbaugh, Esq.
   120 Puanani Place
   Kula, HI 96790

2. Koralyn Johns
   Lowe's Home Centers, LLC
   Assistant Store Manager
   c/o Goodsill Anderson Quinn & Stifel, LLP
   999 Bishop Street, Suite 1600
   Honolulu, HI 96813
   (808) 547-5600

3. Tyson Sacks
   Lowe's Home Centers, LLC
   Assistant Store Manager
   c/o Goodsill Anderson Quinn & Stifel, LLP
   999 Bishop Street, Suite 1600
   Honolulu, HI 96813
   (808) 547-5600

    4.    Employees, Agents, Corporate Representations and/or Custodians of Records
Lowe's Home Centers, LLC
c/o Goodsill Anderson Quinn & Stifel, LLP
999 Bishop Street, Suite 1600
Honolulu, HI 96813
(808) 547-5600

    5.    Any and all lay witnesses identified during discovery including, but not limited to interrogatory answers, production of documents and deposition testimony.

    6.    Rebuttal lay witnesses as may be needed to be called at trial.

    7.    Any and all lay witnesses identified in Plaintiff's initial disclosure.

    8.    Defendants have not yet identified the expert witnesses it plans to call at trial. Defendants reserve the right to disclose the identities and opinions of any expert witness(es) it plans to call pursuant to Fed. R. Civ. P. Rule 26.

**B.    DOCUMENTS**

Defendants state that they currently possess the following documents:

(1) Non-privileged documents contained in the claim file for this matter.

(2) Photographs of Plaintiff's injuries.

(3) Letters to Plaintiff from Lowe's' claim examiner.

Defendants reserve the right to identify additional documents and supplement these initial disclosures as necessary.

### C.    COMPUTATION OF DAMAGES

N/A

### D.    INSURANCE

Lowe's states that it is unaware of any insurance agreement under which an insurance business maybe liable to satisfy all or part of a possible judgment against Lowe's. Lowe's states that it is self-insured for this action in an amount that exceeds the value of Plaintiff's claim.

DATED: Honolulu, Hawaii, March 27, 2018.

/s/ Lauren K. Chun
EDMUND K. SAFFERY
LAUREN K. CHUN

Attorneys for Defendants
LOWE'S HOME CENTERS, LLC
and TYSON SACKS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAUL PETERS,<br><br>            Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; TYSON SACKS; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>            Defendants. | CIVIL NO. CV 18-00083 RLP-NONE<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been duly served on the following parties through their respective attorneys at their last known addresses by U.S. Mail, postage prepaid, on the date stated below.

>JAMES PATRICK BRUMBAUGH, ESQ.
>James P. Brumbaugh, Inc.
>120 Puanani Pl.
>Kula, HI 96790
>
>Attorney for Plaintiff
>PAUL PETERS

6782944 1

DATED:  Honolulu, Hawaii, March 27, 2018.

/s/ Lauren K. Chun
EDMUND K. SAFFERY
LAUREN K. CHUN

Attorneys for Defendants
LOWE'S HOME CENTERS, LLC
and TYSON SACKS